# THE MAGLIONE FIRM, PC

Dean R. Maglione, Esq.*
Elizabeth A. Boylan, Esq. +
M. Anthony Barsimanto, Esq.

ATTORNEYS AT LAW
186 Clinton Avenue
Newark, New Jersey 07108
Tel. (973) 645-0777
Fax (973) 645-0377

dean@themaglionefirm.com
eboylan@themaglionefirm.com
abarsimanto@themaglionefirm.com

+Admitted in New York & New Jersey

September 24, 2017

**Via electronic filing.**
Clerk, United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    **Re:**   *Leo Pinkston v. City of Jersey City, et al.*
            **Civil Case No. 2:19-cv-13285-BRM-JAD**

Dear Sir or Madam:

    As you are aware, my office represents Plaintiffs Cordell Tullis and Jonika Matthews in the above-referenced matter. Currently pending before the Hon. Brian R. Martinotti, U.S.D.J., is the Motion to Dismiss of those Defendants represented by Victor A. Afanador, Esq., presently returnable on October 7, 2019. *Please accept this letter as my clients' request for an automatic adjournment to the following motion day pursuant to L. Civ. R. 7.1(d)(5).* This adjournment would move the return date to October 21, 2019.

    Thank you for your attention to this matter. If there are any questions or concerns, please do not hesitate to call.

                                        Very truly yours,

                                        /s/
                                      M. Anthony Barsimanto, Esq.

cc:     all counsel of record.

It is so ordered this 24th day of September, 2019.

Brian R. Martinotti, U.S.D.J