UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Not For Publication**

| | |
|---|---|
| LEO PINKSTON,<br><br>       *Plaintiff,*<br><br>v.<br><br>CITY OF JERSEY CITY et al.,<br><br>       *Defendants.* | Civil Action No. 19-cv-13285(MEF)(JSA)<br><br>**OPINION** |

By orders dated September 22, 2023 and September 26, 2023 the Court dismissed various state law claims, even as the underlying federal law claims had been dismissed. The Court in its discretion exercised jurisdiction over the state law claims for several reasons. These include the following.

First, the state law claims did not raise any novel or complex state law issues. See generally 28 U.S.C. § 1367(c)(1). Indeed, the Plaintiff did not oppose dismissal of the state claims. See Orders (September 15, 2023, September 22, 2023 and September 26, 2023).

Second, the state law claims had been the subject of discovery and briefing in this case, which sufficiently clarified the underlying issues such that retaining jurisdiction and getting to the merits made sense from the perspective of "judicial economy, convenience, and fairness to the parties". Hedges v. Musco, 204 F.3d 109, 123 (3d Cir. 2000).

In addition, it bears noting that at oral argument last month

each of the parties agreed that the Court could retain jurisdiction over the referenced state law claims.

DATE:  October 18, 2023                    _____
                                            Michael E. Farbiarz, U.S.D.J.